United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER DOOHAN, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:21-CV-01467 |
| § | |
| EXXONMOBIL, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 18, 2023, Defendants' Motion for Summary Judgment (Dkt. 25) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 31. Judge Edison filed a Memorandum and Recommendation on May 10, 2023, recommending that the motion be **GRANTED**. Dkt. 32.

On May 16, 2023, Plaintiff filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 25) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion for Summary Judgment (Dkt. 25) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED at Houston, Texas on May 18, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE